NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARIC EDLIN BURKS,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-2007

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-22-0458-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                    BURKS V. MSPB


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


October 15, 2024
        Date

                          Jarrett B. Perlow
                          Clerk of Court